IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Jorge Barajas, et al.,<br><br>            Plaintiffs,<br>  v.<br><br>United States Of America, et al.,<br><br>            Defendants.<br>                                      / | NO. C 07-03709 JW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

       This case is presently scheduled for a Case Management Conference on November 19, 2007. However, the Docket reflects that Plaintiffs have failed to return proof of service of the Summons and Complaint upon Defendants. Accordingly, the Court continues the conference to **December 17, 2007 at 10:00 A.M.**, in Courtroom No. 8, on the 4th floor U.S. Courthouse, 280 South First Street, San Jose, California.

       Pursuant to Fed. R. Civ. P. 4(m), Defendants shall be served within 120 days after the Complaint is filed. Since Plaintiffs filed their Complaint on July 18, 2007, their 120 day period ends on November 16, 2007. In addition, since this suit is being brought against the United States government, Plaintiffs shall serve Defendants in accordance with Fed. R. Civ. P. 4(i).

       Pursuant to Civil Local Rules of Court, the parties shall meet and confer and file a Joint Case Management Statement by **December 7, 2007**.

       Plaintiffs shall serve copies of this Order on Defendants.

Dated: November 14, 2007

                                                     JAMES WARE<br>
                                                     United States District Judge

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Mark E. Levine
Anthony R. Lopez & Associates
3  15400 Sherman Way, Suite 105
Van Nuys, Ca 91406
4

5
   **Dated: November 14, 2007**                    **Richard W. Wieking, Clerk**
6

7                                                   **By:   /s/ JW Chambers**
                                                           **Elizabeth Garcia**
8                                                          **Courtroom Deputy**