Mark S. Levine, Esq.
California Bar No. 105974
ANTHONY R. LOPEZ & ASSOCIATES
15400 Sherman Way, Suite 105
Van Nuys, California 91406
Telephone: (818) 779-1700
Facsimile: (818) 779-1709

Attorneys for Plaintiffs,
JORGE BARAJAS, et al.,

FILED

2007 NOV 15 P 3: 15

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE BARAJAS, OSCAR DE LEON, MANUEL VILLICANA,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, ENTHONIAL LEE,<br><br>Defendants, | CASE NO.: CO7-03709 JW<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>BY FAX |

**NOTICE IS HEREBY GIVEN** that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiffs voluntarily dismiss the above-captioned action without prejudice.

Dated : November 15, 2007

**MARK S. LEVINE, ESQ.**
CBN.: 105974
15400 Sherman Way, Suite 105
Van Nuys, CA 91406
818-779-1700
Attorney for Plaintiffs

---
NOTICE OF VOLUNTARY DISMISSAL